Submitted on record and briefs March 26, petition for judicial review dismissed June 3, 1992

ERNEST L. SMITH,
Robert E. Lee, Carl Dumler,
Philip McClure and Jesse Delgado,
*Petitioners,*

*v.*

OREGON STATE PENITENTIARY
and Oregon State Department of Corrections,
*Respondents.*

(CA A68334)

832 P2d 1271

---

Ernest LeRoy Smith, Robert E. Lee, Carl Dumler, Philip McClure and Jesse Delgado filed the brief *pro sese.*

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondents.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Petition for judicial review dismissed. *Smith v. OSP (A68333),* 113 Or App 386, 832 P2d 1270 (1992).